UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   5:25-cv-03544-MRA-MAR                              Date: June 22, 2026

Title:      Darin Sutton et al v. Lori Pozuelos et al


Present:  The Honorable:   MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE


| Erica Valencia | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**


On December 24, 2025 Plaintiffs, proceeding pro se and in forma pauperis, filed this Civil Rights Complaint ("Complaint") pursuant to 42 U.S.C § 1983.  ECF Docket No. ("Dkt.") 1.  On March 20, 2026, the Court issued an Order Dismissing the Complaint with Leave to Amend ("ODLA"), ordering Plaintiffs to file a First Amended Complaint, a voluntary dismissal, or a Notice of Intent to Stand on the Complaint no later than April 17, 2026.  Dkt. 10.  Plaintiffs have not responded to the ODLA.

Accordingly, Plaintiffs are ordered to show cause in writing **within twenty-eight (28) days** of this Order, by **July 16, 2026,** why this action should not be dismissed under Rule 41(b) for failure to prosecute.  See Fed. R. Civ. P. 41(b).

The Court will consider any of the following three options to be an appropriate response to this OSC:

1. Plaintiffs shall file a First Amended Complaint that addresses the deficiencies identified in the Court's March 20, 2026 ODLA;
2. Plaintiffs shall provide the Court with an explanation as to why they have failed to file a First Amended Complaint or otherwise respond to the ODLA and request an extension to do so; or
3. Plaintiffs may request a voluntarily dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a).  The clerk is directed to attach a Notice of Dismissal form for Plaintiff's convenience.

**Failure to respond to the Court's Order may result in the dismissal of the action.**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT – OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:25-cv-03544-MRA-MAR                                     Date: June 22, 2026

Title:       Darin Sutton et al v. Lori Pozuelos et al

|  | : |
|---|---|
| **Initials of Preparer** | ev |