UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DARIN SUTTON ET AL,

Petitioner,

v.

LORI POZUELOS ET AL,

Respondent.

Case No. 5:25-cv-03544-MRA-MAR

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **DISMISSING** this action.

Dated: September 11, 2026

Monica R. Almadani

MONICA RAMIREZ ALMADANI
United States District Judge