JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN SUTTON ET AL, Petitioner, v. LORI POZUELOS ET AL, Respondent. | Case No. 5:25-cv-03544-MRA-MAR<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED.**

Dated: September 11, 2026

MONICA RAMIREZ ALMADANI
United States District Judge